Form CGFD99  (6/10/2019)

# United States Bankruptcy Court
## Southern District of Florida
### www.flsb.uscourts.gov

Case Number: 22–14107–RAM

Chapter: 13

**In re:**

Ada Felicia Perez
13373 SW 283 St
Homestead, FL 33033
SSN: xxx–xx–8097

## NOTICE OF PRO BONO RESOURCES
## AND PRO SE (SELF–REPRESENTED) CLINICS

The following resources are available if you wish to retain an attorney and are interested in learning about qualifications for receiving *pro bono* (free) or reduced fee legal representations.

- **The Florida Bar Referral Service**
  www.floridabar.org

- **The Bankruptcy Bar Pro Bono Resource Locator**
  http://www.floridalawhelp.org

- or the following non–profit organization(s) which provides free or reduced fee legal representation to qualified people in your area:

| | | |
|---|---|---|
| Dade Legal Aid/Put Something Back | Legal Aid Society of Palm Beach County | Florida Rural Legal Services, Inc. |
| 123 N.W. First Avenue | 423 Fern Street, #200 | 1321 E. Memorial Blvd. |
| Miami, Florida 33128 | West Palm Beach, FL 33401 | Lakeland, FL 33801 |
| Telephone: (305) 579–5733 | Telephone: (561) 655–8944 | Telephone: (863) 688–7376 |
| Fax: (305) 372–7693 | Telephone: (800) 403–9353 | http://www.frls.org |
| http://www.dadelegalaid.org | Fax: (561) 655–5269 | **or** |
| http://www.dadecountyprobono.org | http://www.legalaidpbc.org | 121 N. 2nd Street, 4th Floor |
| | | Fort Pierce, FL 34950 |
| | | Telephone: (772) 466–4766 |
| | | http://www.frls.org |
| Legal Services of Greater Miami, Inc. | Legal Aid Service of Broward County, Inc. | Coast to Coast Legal Aid of South Florida, Inc. |
| 4343 W Flagler Street, Suite 100 | 491 N. State Road 7 | 491 N. State Road 7, Second Floor |
| Miami, FL 33134 | Plantation, Florida 33317 | Plantation, Florida 33317 |
| Telephone: (305) 576–0080 | Telephone: (954) 765–8950 | Telephone: (954) 765–8955 |
| http://legalservicesmiami.org | http://www.legalaid.org | http://coasttocoastlegalaid.org |
| | Broward County residents only where filing will save the home. | Broward County residents 60+ where filing will save the home. |

**Assistance from these organizations may be based upon the availability of resources and/or your income. This notice does not guarantee aid from or legal representation by them.**

Employees of the United States Bankruptcy Court are not permitted to recommend or refer you to an attorney nor are they permitted to provide legal advice, including how to complete the bankruptcy forms or which forms may be required in your bankruptcy case. Basic filing information is available on this Court's website at  www.flsb.uscourts.gov.

**Clinics for self–represented debtors are conducted regularly. See the Court's website for the date and location of a clinic near you.**

Dated: <u>5/25/22</u>

FOR THE COURT:
Joseph Falzone, Clerk of Court
United States Bankruptcy Court
Southern District of Florida
C. Clyde Atkins U.S. Courthouse
301 North Miami Avenue, Ste. 150
Miami, Florida 33128

The clerk shall serve this notice on the Debtor(s).